UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| TIMOTHY LYNCH, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:12-CV-316-DBH |
| | ) | |
| | ) | |
| WESTERN EXPRESS, INC., | ) | |
| | ) | |
| DEFENDANT | ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

A Local Rule 56 pre-filing conference was held on November 25, 2013.

The plaintiff's complaint includes claims for discrimination under the Maine Human Rights Act, 5 M.R.S.A. § 4551 et seq. (Count I) and the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. (Count II), as well as a claim under Maine law for failure to provide a copy of the plaintiff's personnel file, 26 M.R.S.A. § 631 (Count III). Both parties will move for summary judgment on the MHRA claim and the personnel file claim. The defendant also plans to file a motion for summary judgment on the ADA claim.

The following deadlines and page limits were established by agreement:

> By December 9, 2013, the parties will attempt to agree on a joint factual statement, but not file the joint statement at that time.
>
> By December 17, 2013, the parties will file cross motions for summary judgment with a 35 page limit.
>
> By January 21, 2014, the parties will file their responses to the motions for summary judgment with the Local Rule providing the page limit.

By January 28, 2014, the parties will file their replies to the motions for summary judgment with the Local Rule providing the page limit.

**SO ORDERED.**

**DATED THIS 4TH DAY OF DECEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**